# United States Bankruptcy Court
## Western District of Kentucky

In re  **James E. Cox**                                          Case No.  **21-31854**
                                Debtor(s)                         Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on  **September 27, 2021**, a copy of  **The chapter 13 Plan**   was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ADT Security Services**
**AT & T**
**Baptist Health**
**Barclays Bank Delaware**
**Bridgecrest**
**Citibank/The Home Depot**
**Comenitycapital/Big Lot**
**First Premier Bank**
**Fortiva**
**L & N Federal Credit Union**
**Midnight Velvet**
**Seventh Ave/Swiss Colony Inc.**
**Spectrum**
**Synchrony Bank/Care Credit**
**T Mobile**

                                                                  **/s/ Matthew Owen**
                                                                  **Matthew Owen 94919**
                                                                  **Whitford & Neuhauser PLLC**
                                                                  **312 S. 4th St. Ste. 700**
                                                                  **Louisville, KY 40202**
                                                                  **502-648-9392Fax:877-392-7941**